IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

RONALD LYNN LIPSCOMB & AMY          *
MICHELLE LIPSCOMB,
                                    *
                    Plaintiffs,          Case No. 1:19-CV-143(LAG)
v.                                  *

MATTHEW TUCKER DODSON & BERRY C.    *
DODSON ,
                                    *
                    Defendants.

_____

## J U D G M E N T

Pursuant to the jury verdict dated October 4, 2022,  and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiffs in the amount of $459,000.00.  The amount shall accrue interest from the date of entry of judgment at the rate of 4.08 % per annum until paid in full.  Plaintiffs shall also recover costs of this action.

 This 5th day of October, 2022.

David W. Bunt, Clerk


s/ William C. Lawrence, Deputy Clerk